**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| **PROGRESSIVE NORTHERN INSURANCE COMPANY**, <br><br>　　　　Plaintiff, <br><br>v. <br><br>**G & L TRUCKING, LLC, et al.** <br><br>　　　　Defendants. | ) ) ) ) ) ) ) Civil Action No. 3:18-cv-00829-JAG ) ) ) ) ) ) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Progressive Northern Insurance Company and Defendant Steve Elliott, by and through their respective counsel, hereby stipulate and agree that this entire action shall be dismissed without prejudice as to all parties (including those that have not appeared in this action), with each party bearing its own costs and attorney's fees. The other Defendants named in this action, G & L Trucking, LLC, Shawn Gershaw, and Daimon Meredith, have not appeared in this action and are not required to join in this stipulation pursuant to Rule 41(a)(1)(A)(ii).

DATED:　　　October 18, 2018

| | |
|---|---|
| 　/s/ Lindsay L. Rollins　 <br> John B. Mumford, Jr. (VSB No.: 38764) <br> Lindsay L. Rollins (VSB No.: 86362) <br> Hancock, Daniel & Johnson, P.C. <br> 4701 Cox Road, Suite 400 <br> Glen Allen, Virginia 23060 <br> jmumford@hancockdaniel.com <br> lrollins@hancockdaniel.com <br> Telephone: (804) 967-9604 <br> Facsimile:  (804) 967-9888 <br> *Counsel for Progressive Northern Insurance Company* | 　/s/ John Janney Rasmussen　 <br> John Janney Rasmussen (VSB No.: 45787) <br> Insurance Recovery Law Group, PLC <br> P.O. Box 38518 <br> Richmond, Virginia 23231 <br> Telephone: (804) 308-1359 <br> jjr@insurance-recovery.com <br> *Counsel for Defendants Steve Elliott* |