IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PROGRESSIVE NORTHERN
INSURANCE COMPANY,
    Plaintiff,

v.                                Civil Action No. 3:18-cv-829-JAG

G & L TRUCKING, LLC, et al.,
    Defendants.

## **ORDER**

On October 18, 2019, the parties filed a stipulation of dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to all of the defendants in this action. (Dk. No. 43.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 25 October 2019
Richmond, VA

/s/ _____
John A. Gibney, Jr.
United States District Judge